Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARCELA LOPEZ-LOPEZ, <br><br> Defendant. | Case No. 2:17-cv-01908-MCE-CKD <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

THIS MATTER having come before the Court on the Notice of Motion and Motion for Attorneys' Fees and Costs filed by Plaintiff herein, having now considered the pleadings and documents, and good cause appearing, said Motion (ECF No. 15) is GRANTED. In addition to the damages previously awarded herein, Plaintiff is awarded an additional $549.48 in costs and $2,860.00 in attorneys' fees.

IT IS SO ORDERED.

Dated: February 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE